JOEL D. SIEGEL (State Bar No. 155581)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
jsiegel@sonnenschein.com

Attorneys for Defendant
First American Title Insurance Company

MARK T. JOHNSON (State Bar No. 76904)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs
Maple Lyons and Jerry Lyons

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAPLE LYONS and JERRY LYONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation, and DOES 1-50, inclusive,<br><br>Defendant. | No. CV 09 04156 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs MAPLE LYONS and JERRY LYONS and Defendant FIRST AMERICAN TITLE INSURANCE COMPANY ("First American") by and through their respective counsel, submit the following stipulation and proposed order:

WHEREAS, the initial case management conference in this action is currently set for December 17, 2009.

WHEREAS, Defendant First American has filed a motion to dismiss the Second Amended Complaint in this action. The hearing on First American's motion was on November 18, 2009. If granted, First American's motion would dispose of this action, in whole or in part.

WHEREAS, lead counsel for defendant First American has a scheduling conflict on December 17, 2009.

WHEREAS, lead counsel for plaintiffs Maple Lyons and Jerry Lyons has a scheduling conflict on January 7, 2010.

WHEREAS, the parties respectfully submit that the interest of judicial economy and the parties would be served by continuing the present December 17, 2009 status conference until January 14, 2010.

IT IS HEREBY STIPULATED AND AGREED that the Court continue the present status conference until January 14, 2010.

                                            Respectfully submitted,

Dated: December 11, 2009          SONNENSCHEIN NATH & ROSENTHAL LLP

                                            By        /s/ Joel. D. Siegel
                                                          JOEL D. SIEGEL

                                            Attorneys for Defendant
                                            First American Title Insurance Company

Dated: December 11, 2009          SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

                                            By        /s/ Mark T. Johnson
                                                          MARK T. JOHNSON

                                            Attorneys for Plaintiffs Maple Lyons and Jerry Lyons

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## [PROPOSED] ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED that the present initial case management conference shall be continued from December 17, 2009, to January 14, 2010.

DATED: 12/15/09



Honorable
United S

IT IS SO ORDERED

Judge Phyllis J. Hamilton