UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAPLE LYONS and JERRY LYONS,

    Plaintiffs,

    v.

FIRST AMERICAN TITLE INS. CO.,

    Defendant.

_____/

No. C 09-4156 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss with prejudice the complaint in its entirety,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge